UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM CHARLES GRAHAM,<br>No. 22097-041,<br><br>        Petitioner,<br><br>  v.<br><br>T. LILLARD,<br><br>        Respondent. | Case No. 25-cv-01813-JPG |

## **MEMORANDUM AND ORDER**

      This case is before the Court on Petitioner William Charles Graham's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1). Graham's claims have been repeatedly rejected as frivolous by courts in this district. Chief Judge Nancy J. Rosenstengel has warned Graham that, as a sanction, future repetitive habeas corpus petitions will be deemed rejected, without the need for judicial action, 30 days after the petition is filed unless the court orders otherwise. *Graham v. Lillard*, No. 25-cv-00158-NJR, 2025 WL 1938564, at *3 (S.D. Ill. July 14, 2025) (citing *Alexander v. United States*, 121 F.3d 312, 315 (7th Cir. 1997)).

      The Court has reviewed Graham's instant petition and has determined that it raises no argument cognizable in a § 2241 petition. Thus, consistent with the Court's prior admonition, the Court DENIES Graham's instant petition (Doc. 1) and DIRECTS the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED**: October 27, 2025

                                                          s/ J. Phil Gilbert
                                                          **J. PHIL GILBERT**
                                                          **United States District Judge**