UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM CHARLES GRAHAM,
No. 22097-041,

    Petitioner,

  v.

T. LILLARD,

    Respondent.

Case No. 25-cv-01813-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that Petitioner William Charles Graham's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is denied, that judgment is entered in favor of Respondent T. Lillard and against Petitioner Williams Charles Graham, and that this case is dismissed with prejudice.

**DATED:** October 27, 2025        MONICA A. STUMP, Clerk of Court

                                                s/Tina Gray, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **United States District Judge**